UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **CARLOS T. LEWIS** | **CIVIL ACTION NO. 22-0699** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **JERRY GOODWIN** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 5] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Carlos T. Lewis's Petition for Writ of Habeas Corpus, [Doc. No. 1], is **DENIED and DISMISSED WITH PREJUDICE** as time-barred under 28 U.S.C. § 2244(d).

**IT IS FURTHER ORDERED** that Petitioner's "Motion to Stay Proceedings and Hold Claims in Abeyance Until State Remedies are Exhausted," [Doc. No. 3], is **DENIED**.

MONROE, LOUISIANA, this 25th day of May, 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE