UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

CARLOS T. LEWIS                                    CIVIL ACTION NO. 22-0699

                                                   SECTION P
VS.
                                                   JUDGE TERRY A. DOUGHTY

JERRY GOODWIN                                      MAG. JUDGE KAYLA D. MCCLUSKY

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 5] having been

considered, together with the written objections [Doc. No. 7] thereto filed with this Court, and,

after a *de novo* review of the record, finding that the Magistrate Judge's Report and

Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Carlos T. Lewis's

Petition for Writ of Habeas Corpus, [Doc. No. 1], is **DENIED** and **DISMISSED WITH**

**PREJUDICE** as time-barred under 28 U.S.C. § 2244(d).

MONROE, LOUISIANA, this 27th day of June 2022.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**